UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

       Plaintiff,                     Case No. 1:11−cv−01155−ESC

v.                                 Hon. Ellen S. Carmody

BOB EVANS RESTAURANTS OF
MICHIGAN, LLC,

       Defendant.
_____/

## **ORDER**

      The parties' Stipulation of Dismissal with Prejudice (Dkt. 17) is granted, and this matter is dismissed.

      IT IS SO ORDERED.


Dated:  June 5, 2012                     /s/ Ellen S. Carmody
                                              ELLEN S. CARMODY
                                              U.S. Magistrate Judge